IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 12-566-1 |
| | : | |
| MELVIN SANTIAGO | : | |

**ORDER**

**AND NOW**, this 9th day of May, 2024, after considering the Motion for Early Termination of Supervised Release filed by the *pro se* defendant, Melvin Santiago (ECF No. 479) and the Government's Response in Opposition to the Motion (ECF No. 481), it is hereby **ORDERED** that the Motion (ECF No. 479) is **DENIED**.

BY THE COURT:

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.